UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>           Plaintiff       )<br>                             )<br>     vs.                     )<br>                             )<br> Rodolfo Vera, Jr.           )<br>           Defendant(s)      )<br>_____) | CRIMINAL NO. 07CR3365-DMS<br><br>ORDER 07 MJ 2780<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge, Ruben B. Brooks

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Daniel Alvear-Soto

DATED: 12/13/07

RECEIVED _____
            DUSM

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE
            Ruben B. Brooks

OR

W. SAMUEL HAMRICK, JR.  Clerk
          by
          _____
          Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70062