UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff               )    CRIMINAL NO. ___07 CR 3365 - MMS
                                    )                 07 MJ 2780
                                    )         ORDER
        vs.                         )
                                    )    RELEASING MATERIAL WITNESS
                                    )
                                    )
    Rodolfo Vera, Jr.               )    Booking No.
            Defendant(s)            )
_____)


On order of the United States District/Magistrate Judge,   Ruben B Brooks

IT IS HEREBY ORDERED that the following named person heretofore

committed to the custody of the United States Marshal as a material witness be

released from custody:   (Bond Posted / Case Disposed / Order of Court).

        Jose Luis Jaramillo - Soto


DATED: ___12/13/07___


                                    Ruben B Brooks
                            UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____             OR
            DUSM

                            W. SAMUEL HAMRICK, JR.  Clerk

                            by _____

                                    Deputy Clerk